■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FULTZ, Appellant. [994 NYS2d 615]—Order, Supreme

Court, Bronx County (John S. Moore, J.), entered on or about January 24, 2012, adjudicating defendant a level three sexually violent felony offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the court's discretionary upward departure, based on facts established by clear and convincing evidence. "[T]he level suggested by the [risk assessment instrument] is merely presumptive and a SORA court possesses the discretion to impose a lower or higher risk level if it concludes that the factors in the RAI do not result in an appropriate designation" (*People v Mingo*, 12 NY3d 563, 568 n 2 [2009], *see also People v Johnson*, 11 NY3d 416, 421 [2008]). Here, even though defendant was assessed points under the risk factors for use of violence, sexual contact and the fact that the victim was a stranger, the RAI did not adequately account for the "extreme egregiousness" (*People v Ratcliff*, 107 AD3d 476, 476 [1st Dept 2013], *lv denied* 22 NY3d 852 [2013]) of defendant's conduct, which involved a brutal home-invasion gang rape (*see e.g. People v Guasp*, 95 AD3d 608 [1st Dept 2012], *lv denied* 19 NY3d 812 [2012]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Richter and Feinman, JJ.